UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JENNIFER ANTEBY, Individually and on behalf of others similarly situated,

                Plaintiff,

- against -

SPECIFIED CREDIT ASSOCIATION,

                Defendant.

EDNY Docket No.:
(ECF CASE)

**NOTICE OF REMOVAL**

---

Defendant, SPECIFIED CREDIT ASSOCIATION ("Defendant" or "Specified"), by its attorneys, FORDHARRISON LLP, hereby removes the above-captioned action, Index Number CV-001694-17/KI, currently pending in the Civil Court of the City of New York, County of Kings, to the United States District Court for the Eastern District of New York.

As grounds for removal, Defendant states:

1. Plaintiff, Jennifer Anteby ("Anteby"), commenced this action on or about January 13, 2017 by filing her Summons and Complaint with the New York State Civil Court, County of Kings. The action was assigned Index Number CV-001694-17/KI.

2. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), this Notice of Removal is being filed in the United States District Court for the Eastern District of New York.

3. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. *See* 28 U.S.C. § 1446(a).

4. Attached at Exhibit A are copies of all process and pleadings served upon Specified in this action. *See* 28 U.S.C. § 1446(a).

5. The Summons and Complaint were served upon Specified in the State of Missouri by personal delivery on Tuesday, January 31, 2017, which was Specified's first notice of the

action and federal jurisdiction, and this Notice is being filed with the United States District Court for the Eastern District of New York within thirty (30) days after receipt by Specified of the Summons and Complaint. *See* 28 U.S.C. § 1446(b); *see also* Local Civil Rule 81.1.

6. Attached at Exhibit B is a copy of the Notice of Removal to All Adverse Parties, which will be promptly served upon Anteby's counsel and filed with the Clerk of the Civil Court of the State of New York, County of Kings. *See* 28 U.S.C. § 1446(d).

7. Specified will also file with the Clerk of the Civil Court of the State of New York, County of Kings, a Notice of Filing of Notice of Removal, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached at Exhibit C.

8. Anteby resides in the State of New York County of Kings and, upon information and belief, is a resident and domiciliary of the State of New York. *See* Complaint, Ex. A, at ¶ 2, . Therefore, Anteby is deemed to be a citizen of the State of New York. *See* 28 U.S.C. § 1332(a); *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38, 42 (2d Cir. 2000)("An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile."); *see also* Local Civil Rule 81.1.

9. Specified resides at 2388 Schuetz Road, A100, Maryland Heights, Missouri 63146, and is a resident, citizen, and domiciliary of the State of Missouri. *See* Complaint, Ex. A, at ¶ 3; *see also* Summons, Ex. A. Therefore, Specified is deemed to be a citizen of the State of Missouri. *See* 28 U.S.C. § 1332(a); *Palazzo*, 232 F.3d at 42; *see also* Local Civil Rule 81.1.

10. By this action, Silver seeks statutory damages arising from allegations that Specified purportedly violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq. (the "FDCPA"). Therefore this action could have originally been brought in this Court pursuant to 15 U.S.C. § 1692k(d). *See also* 28 U.S.C. § 1441(a).

11.     Specified is the only defendant in this action. Therefore, all parties joined and served as defendants in the action have joined in and consented to this Notice of Removal. *See* 28 U.S.C. § 1446(b)(2)(A).

15.     Based upon the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, this action should proceed in the United States District Court for the Eastern District of New York, as a proceeding properly removed thereto.

Dated: New York, New York
       March 2, 2017

                            FORDHARRISON LLP

                            By:  s/Eric Su_____
                                Eric Su
                            *Attorneys for Defendant Specified Credit Association*
                            60 East 42nd Street, 51st Floor
                            New York, NY 10165
                            (212) 453-5900